COURT OF APPEALS OF VIRGINIA

Present: Judges Petty, Chafin and Senior Judge Annunziata

SUZANNE COFFMAN

                                        MEMORANDUM OPINION[*]

v.     Record No. 1759-14-3                    PER CURIAM
                                        FEBRUARY 24, 2015

VIRGINIA MENNONITE RETIREMENT COMMUNITY AND
 WAUSAU BUSINESS INSURANCE COMPANY

FROM THE VIRGINIA WORKERS' COMPENSATION COMMISSION

(Michael L. Ritchie; Ritchie Law Firm, P.L.C., on brief), for
appellant.

(Emily O. Sealy; Midkiff, Muncie & Ross, P.C., on brief), for
appellees.

Suzanne Coffman (claimant) appeals a September 4, 2014 decision of the Workers'

Compensation Commission affirming a deputy commissioner's opinion. The deputy

commission found that claimant failed to prove her leg symptoms were a compensable

consequence of her July 31, 2008 industrial accident. Claimant contends the commission

(1) "incorrectly applied the 'reasonable probability' evidentiary standard in ruling that" her

condition was not a compensable consequence of her original injury and (2) "erred when it found

that [she] did not carry her burden to prove that her bilateral leg injuries were a compensable

consequence of her July 31, 2008 work-related back injury."

We have reviewed the record and the commission's opinion and find that this appeal is

without merit. Accordingly, we affirm for the reasons stated by the commission in its final

opinion. See Coffman v. Virginia Mennonite Found., JCN 2415958 (Sept. 4, 2014). We

_____

[*] Pursuant to Code § 17.1-413, this opinion is not designated for publication.

dispense with oral argument and summarily affirm because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.  See Code § 17.1-403; Rule 5A:27.

Affirmed.